IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JOHN ROLAND MYLES, #63182                                              PETITIONER

VERSUS                                          CIVIL ACTION NO.  3:07cv155-HTW-LRA

LAWRENCE KELLY, et al.                                                RESPONDENTS

## FINAL JUDGMENT

This cause is before the court, sua sponte, for consideration of dismissal.  Pursuant to the opinion and order issued this day, it is hereby, ORDERED AND ADJUDGED that this cause be dismissed without prejudice for failure to exhaust available state court remedies.

SO ORDERED AND ADJUDGED, this 30th day of April, 2007.

s/ HENRY T. WINGATE

CHIEF UNITED STATES DISTRICT JUDGE